

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00124-CV

**WESTFREIGHT SYSTEMS, INC.,**
Appellant/Cross-Appellee

v.

John Michael **HEUSTON**, Individually and as Dependent Administrator of the Estate of Juana Garza, Deceased, and Geronimo Rodriguez, Individually, Appellees/Cross-Appellants

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-03-50966-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the party incurring same.

SIGNED June 17, 2015.

_____
Rebeca C. Martinez, Justice